*1238 504 U. S. 962;
504 U. S. 908;
503 U. S. 1005;
504 U. S. 986;
504 U. S. 946;
504 U. S. 973;
504 U. S. 957;
504 U. S. 974;
504 U. S. 974;
504 U. S. 946;
503 U. S. 908;
504 U. S. 917;
503 U. S. 1007;
504 U. S. 943;
504 U. S. 925;
504 U. S. 959;
504 U. S. 975;
504 U. S. 959;
*1239 No. 91-7977.
No. 91-7983.
No. 91-8032.
No. 91-8085.
No. 91-8165.
No. 91-8201.
504 U. S. 929;
504 U. S. 976;
504 U. S. 977;
504 U. S. 961;
504 U. S. 989; and
504 U. S. 989. Petitions for rehearing denied.